UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JOY L. KUREK, ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| V. ) | **CASE NO. 4:15-cv-206-D** |
| ) | |
| ANDREW J. BURROUGHS, and ) | |
| CATTARAUGUS COUNTY FAMILY ) | |
| COURT, OLEAN, NY, ) | |
| Defendants. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court has reviewed the M&R, the record, and plaintiff's objections. As for those portions of the M&R to which plaintiff made no objection, the court is satisfied that there is no clear error on the face of the record. As for the objections, the court has reviewed the objections and the M&R de novo, and plaintiff's objections are overruled. The court ADOPTS the conclusions in the M&R [D.E. 8]. Plaintiff's application to proceed in forma pauperis [D.E. 5] is GRANTED, and plaintiff's complaint is DISMISSED for lack of subject-matter jurisdiction. Plaintiff's motion for a temporary restraining order [D.E. 6] is DENIED.

**This Judgment Filed and Entered on September 27, 2016, and Copies To:**

Joy L. Kurek                                (Sent to PO Box 55 Atlantic Beach, NC 28512 via US Mail)

DATE:                                       JULIE RICHARDS JOHNSTON, CLERK
September 27, 2016                          (By) /s/ Nicole Briggeman
                                            Deputy Clerk